IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN SUNDBERG,<br><br>   Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director of Corrections;<br><br>   Respondent. | **8:20CV475**<br><br>**ORDER** |

After careful consideration,

IT IS ORDERED that Petitioner's Motion for Hearing (Filing 17) is denied.

Dated this 13th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge