IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN SUNDBERG,  Petitioner,  vs.  SCOTT FRAKES, Director of Corrections;  Respondent. | 8:20CV475  ORDER |

Pending before me is a Rule 60 motion filed by the Petitioner. It has no merit. Therefore,

IT IS ORDERED that Filing 19 is denied.

Dated this 27th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge