# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN SUNDBERG,<br><br>               Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director of Corrections;<br><br>               Respondent. | 8:20CV475<br><br>**ORDER** |

The Petitioner filed a Notice of Appeal (Filing 21) and a Motion to Proceed In Forma Pauperis (Filing 22).

IT IS ORDERED that Petitioner's Motion to Proceed In Forma Pauperis (Filing 22) is granted.

Dated this 10th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge